IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDUARDO MENDEZ,<br><br>　　　　　Defendant. | No. C09-00103 CRB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Defendant Eduardo Mendez moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10 of the U.S. Sentencing Commission Guidelines based on Amendment 782. See generally Mot. (dkt. 353). The Court finds that Defendant is not eligible for a reduction, as his original sentence was the statutory mandatory minimum. See Sentence Reduction Investigation Report (dkt. 360) at 2. Accordingly, the Motion is DENIED.

**IT IS SO ORDERED.**

Dated: January 23, 2015

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE